**DENY and Opinion Filed October 10, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-22-00998-CV
_____

### IN RE JOSHUA SALLEY, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55157-2014**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

Relator seeks a writ of mandamus to vacate two temporary orders that set

limits on where he may enroll his child in school. Entitlement to mandamus relief

requires relator to show that the trial court clearly abused its discretion and that he

lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d

124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude relator has

not shown he is entitled to mandamus relief. Accordingly, we deny the petition for

writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

220998f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE